**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Samuel LEIGH, Defendant–**
**Appellant.**

No. 06–6234.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 5, 2006.

John Samuel Leigh, Appellant Pro Se.
Thomas Oliver Mucklow, Assistant United
States Attorney, Martinsburg, West Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

John Samuel Leigh seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2255 (2000) motion. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) (2000). The magistrate
judge recommended that relief be denied
and advised Leigh that the failure to file
timely objections to this recommendation
could waive appellate review of a district
court order based upon the recommendation. Despite this warning, Leigh failed to
object to the magistrate judge's recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Leigh has waived appellate review by failing to timely file specific objections after
receiving proper notice. Accordingly, we
deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*